# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Chaz Antwoine Motley, <br> Petitioner <br> <br> vs. <br> <br> United States of America, <br> Respondent | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE <br> <br> 1:11-cv-00264-MR <br> 1:10cr56-MR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2013 Order.

January 15, 2013

Frank G. Johns, Clerk
United States District Court